IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUSSELL SODAN                                                                                               PLAINTIFF

v.                            NO. 3:19-cv-00243 KGB/PSH

ANDREW SAUL, Commissioner of                                                                  DEFENDANT
the Social Security Administration

## ORDER

Plaintiff Russell Sodan has filed a motion for leave to proceed in forma pauperis. See Docket Entry 1. The Court has reviewed the motion and finds that it should be, and is, granted. Plaintiff may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue summons to plaintiff, and plaintiff shall serve the appropriate parties.

IT IS SO ORDERED this 28th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE