IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUSSELL SODAN                                                                                    PLAINTIFF

v.                              NO. 3:19-cv-00243 PSH

ANDREW SAUL, Commissioner of                                                DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 3rd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE